In the Matter of the Application of MARGARET McCUE and Others, Petitioners, Appellants, against PAUL J. KERN and Others, as Members of the Municipal Civil

Service Commission, and WILLIAM HODSON, Commissioner of the Department of Welfare, Respondents, and DOROTHY M. FLEMING and Others Similarly Situated, Intervenors, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondents Paul J. Kern and others and Dorothy M. Fleming and others similarly situated. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.